IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A.L.L. Masonry, Inc. et al., | |
| Plaintiffs, | Case No. 07 C 5761 |
| v. | Judge Rebecca R. Pallmeyer |
| Boguslaw Omielan and Izabela Omielan, | Magistrate Judge Schenkier |
| Defendants. | |

### MOTION FOR JUDGMENT

NOW COMES the Defendants, Boguslaw Omielan and Izabela Omielan, by and through their attorneys, Anthony S. Graefe and Mark Hansen of Graefe & Hansen, Ltd., and in support of this Motion for Judgment in their favor, state as follows:

1. On July 1, 2008 Plaintiff U.S. Masonry, Inc. was voluntarily dismissed from this case by oral motion of Plaintiff's counsel. Copy of Minute entry attached.
2. On July 24, 2009, the Court granted Defendant's Motion for Summary Judgment with regard to the only remaining Plaintiff in the case, namely, A.L.L. Masonry, Inc.

WHEREFORE, for the foregoing reasons Defendants seek judgment in their favor, costs and for any further relief deemed reasonable and just.

Respectfully submitted,

/s/ Mark Hansen
Attorney for Defendants

Mark Hansen
Anthony S. Graefe
Graefe & Hansen, Ltd.
55 W. Monroe
Suite 3550
Chicago, Illinois 60603
(312)236-0177

## Mark Hansen

**From:** <usdc_ecf_ilnd@ilnd.uscourts.gov>
**To:** <ecfmail_ilnd@ilnd.uscourts.gov>
**Sent:** Tuesday, July 01, 2008 10:19 AM
**Subject:** Activity in Case 1:07-cv-05761 A.L.L. Masonry Construction Co., Inc. et al v. Omielan et al order on motion for order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

## Notice of Electronic Filing

The following transaction was entered on 7/1/2008 at 10:19 AM CDT and filed on 6/30/2008
**Case Name:** A.L.L. Masonry Construction Co., Inc. et al v. Omielan et al
**Case Number:** 1:07-cv-5761
**Filer:**
**Document Number:** 56

**Docket Text:**
**MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Motion for order on issues related to the subpoena of non-party witnesses [53] is granted in part and denied in part. Plaintiffs have leave to cure technical defects in service by tendering witness fees (including mileage) to subpoenaed witnesses prior to the date of deposition. The court declines to issue any direction regarding the production of subpoenaed documents. On Plaintiffs oral request, claims brought by Plaintiff U.S. Masonry, Inc are voluntarily dismissed. Mailed notice (mb, )**

**1:07-cv-5761 Notice has been electronically mailed to:**

Mark David Hansen    hansen@ghemployerlaw.com

Howard William Foster    fosterh@jbltd.com

Anthony Sargent Graefe    graefe@ghemployerlaw.com,kah@gjlaw.com

Matthew A Galin    galinm@jbltd.com

**1:07-cv-5761 Notice has been delivered by other means to:**